David A. Smyth  SBN 058339
Attorney at Law
Hookston Square
3478 Buskirk Ave. Suite 1000
Pleasant Hill, Ca 94523
Tel: (925) 788-4797
smythlaw@gmail.com


Attorney for Defendant
Faissel Vincent Farhi

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

FAISSEL VINCENT FARHI             Ch 13 Case No.: 2:26-bk-12374-WB

                    Debtor.          Adv.  Pro.  No.: 2:26-bk-01154-WB
_____/
EVERLY FITZGERALD,                   ANSWER TO COMPLAINT

                    Plaintiff,

vs.


FAISSEL VINCENT FARHI, an
Individual,

                    Defendant.
_____/

The Defendant answers the Complaint by:

1. Admitting the allegations contained in paragraphs 1 through 8.

2. Denying the allegations contained in paragraphs 10, 12, 16 and 18 on the
basis of lack of information or belief.

3. Denying the allegations contained in paragraphs 9, 11, 13, 14, 15, 17 and 19.

ANSWER TO COMPLAINT - 1

Regarding the Superior Court Complaint attached to the Adversary Complaint, the Defendant denies all the allegations in paragraphs 1 through 214 outright or on the basis of lack of information or belief except for paragraphs 7, 18, 19, 21, 22 and 214 which he admits.

## AFFIRMATIVE DEFENSES

1. **FAILURE TO STATE A CAUSE OF ACTION**

   The Complaint fails to state a cause of action upon which relief can be granted.

2. **STATUTE OF LIMITATIONS**

   The complaint is barred by the Statute of Limitations.

3. **FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

   The Plaintiff has failed to exhaust her administrative remedies.

4. **FAILURE TO MITIGATE DAMAGES**

   The Plaintiff had the duty to seek comparable employment and minimize losses.

5. **ESTOPPEL AND UNCLEAN HANDS**

   Plaintiffs representations and conduct and misconduct and errors and violations bar equitable relief.  The Plaintiff intentionally deleted my business records.  She used my computer and equipment to start her own business.

WHEREFORE the Defendant prays that:

Plaintiff take nothing by her complaint and that the Defendant be awarded attorney's fees, costs and all other relief that the Court deems just.

Dated: July 13, 2026

**s/**_David A. Smyth_ Attorney for Defendant

Faissel Vincent Farhi

ANSWER TO COMPLAINT - 2

## PROOF OF SERVICE

I, David A. Smyth, declare under penalty of perjury that:

At the time of service I was at least 18 years of age and not a party to this legal action.  My business address is 3478 Buskirk Ave. Suite 1000, Pleasant Hill, Ca 94523.  On July 13, 2026 I personally delivered true copies of this document ANSWER TO COMPLAINT by personally placing copies of said document in sealed envelopes, with postage prepaid with the U.S. Postal Service at Pleasant Hill, California addressed as follows:

Ramlo Law Kurt Ramlo
15021 Ventura Blvd. #544
Los Angeles, Ca 91403
and by email  *RamloLegal@gmail.com*

Dated: July 13, 2025

s/ *David A. Smyth*
DAVID A. SMYTH
Attorney for Defendant
ROBERT JOHN GLENNON

ANSWER TO COMPLAINT - 3