David A. Smyth  SBN 058339

Attorney at Law

Hookston Square

3478 Buskirk Ave. Suite 1000

Pleasant Hill, Ca 94523

Tel: (925) 788-4797

smythlaw@gmail.com

Attorney for Defendant

Faissel Vincent Farhi

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

FAISSEL VINCENT FARHI              Ch 13 Case No.: 2:26-bk-12374-WB

                          Debtor.       Adv.  Pro.  No.: 2:26-ap-01154-WB

_____/

EVERLY FITZGERALD,               AMENDED ANSWER TO COMPLAINT

                          Plaintiff,

vs.                                  Status Conference

                                     08/18/2026   2:00 pm  Courtroom 1375

FAISSEL VINCENT FARHI, an            255 East Temple Street

Individual,                          Los Angeles, Ca 90012

                          Defendant.    Hon. Julia W. Brand

_____/  No Trial Date

The Defendant answers the Complaint by:

   1. Admitting the allegations contained in paragraphs 1 through 8.

   2. Denying the allegations contained in paragraphs 10, 12, 16 and 18 on the

      basis of lack of information or belief.

   3. Denying the allegations contained in paragraphs 9, 11, 13, 14, 15, 17 and 19.

ANSWER TO COMPLAINT - 1

Regarding the Superior Court Complaint attached to the Adversary Complaint, the Defendant denies all the allegations in paragraphs 1 through 214 outright or on the basis of lack of information or belief except for paragraphs  7, 18, 19, 21, 22 and 214 which he admits.

## AFFIRMATIVE DEFENSES

1.  **FAILURE TO STATE A CAUSE OF ACTION**

    The Complaint fails to state a cause of action upon which relief can be granted.

2.  **STATUTE OF LIMITATIONS**

    The complaint is barred by the Statute of Limitations.

3.  **FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

    The Plaintiff has failed to exhaust her administrative remedies.

4.  **FAILURE TO MITIGATE DAMAGES**

    The Plaintiff had the duty to seek comparable employment and minimize losses.

5.  **ESTOPPEL AND UNCLEAN HANDS**

    Plaintiffs representations and conduct and misconduct and errors and violations bar equitable relief.  The Plaintiff intentionally deleted my business records.  She used my computer and equipment to start her own business.

WHEREFORE the Defendant prays that:

Plaintiff take nothing by her complaint and that the Defendant be awarded attorney's fees, costs and all other relief that the Court deems just.

Dated: July 14, 2026

**s/**_David A. Smyth_ Attorney for Defendant

Faissel Vincent Farhi                                                                                    J

ANSWER TO COMPLAINT - 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3478 Buskirk Ave. Suite 1000, Pleasant Hill, Ca 94523


A true and correct copy of the foregoing document entitled (*specify*): AMENDED ANSWER TO COMPLAINT _____

_____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
07/14/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kurt Ramlo
Ramlo Law
15021 Ventura Blvd. #544
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __07/14/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Kurt Ramlo
Ramlo Law
15021 Ventura Blvd. #544
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/14/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Kurt Ramlo
Ramlo Law
15021 Ventura Blvd. #544
Sherman Oaks, CA 91403

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/14/2026 | David A. Smyth | s/ David A. Smyth |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**