

FILED & ENTERED

JUL 15 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:26-bk-12374-WB |
| FAISSEL VINCENT FARHI, | Chapter: 13 |
| | Adversary No.: 2:26-ap-01154-WB |
| Debtor(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| EVERLY FITZGERALD, | |
| Plaintiff(s), | Current Hearing: |
| vs. | Date: August 18, 2026<br>Time: 2:00 PM<br>Courtroom: 1375 |
| FAISSEL VINCENT FARHI, | |
| | **Continued hearing:** |
| Defendant(s). | Date: September 8, 2026<br>Time: 2:00 PM<br>Courtroom: 1375 |

///

///

///

///

- 1

IT IS HEREBY ORDERED that the status conference is continued from August 18, 2026, at 2:00 p.m. to **September 8, 2026, at 2:00 p.m.**

### 

Date: July 15, 2026

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge