United States Bankruptcy Court

Central District of California

Fitzgerald,

     Plaintiff

Farhi,

     Defendant

Adv. Proc. No. 26-01154-WB

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 15, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID     Recipient Name and Address**
dft     + Faissel Vincent Farhi, 1944 Argyle Avenue #2, Los Angeles, CA 90068-3393

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason     Name and Address**
pla     Everly Fitzgerald

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A Smyth | on behalf of Defendant Faissel Vincent Farhi smythlaw@gmail.com  dsmyth2_@hotmail.com |
| Kurt Ramlo | on behalf of Plaintiff Everly Fitzgerald RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email |
| Nancy K Curry (TR) | inquiries@trusteecurry.com  TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 15, 2026                       Form ID: pdf031                          Total Noticed: 1
TOTAL: 4

**FILED & ENTERED**

**JUL 15 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>FAISSEL VINCENT FARHI,<br><br><br><br>Debtor(s),<br><br>EVERLY FITZGERALD,<br><br>Plaintiff(s),<br><br>vs.<br><br>FAISSEL VINCENT FARHI,<br><br><br><br>Defendant(s). | Case No.: 2:26-bk-12374-WB<br><br>Chapter: 13<br><br>Adversary No.: 2:26-ap-01154-WB<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Current Hearing:<br>Date: August 18, 2026<br>Time: 2:00 PM<br>Courtroom: 1375<br><br>**Continued hearing:**<br>Date: September 8, 2026<br>Time: 2:00 PM<br>Courtroom: 1375 |

///

///

///

///

- 1

IT IS HEREBY ORDERED that the status conference is continued from August 18, 2026, at 2:00 p.m. to **September 8, 2026, at 2:00 p.m.**

### ###

Date: July 15, 2026

Julia W. Brand
United States Bankruptcy Judge

- 2