| Attorney or Party Name, Address, Telephone Number & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAMLO LAW**<br>Kurt Ramlo (SBN 166856)<br>15021 Ventura Blvd. #544<br>Los Angeles, CA 91403<br>RamloLegal@gmail.com<br>Telephone: (310) 880-9208<br><br>Attorney for Plaintiff Everly Fitzgerald | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Faissel Vincent Farhi,<br><br>Debtor. | Case No. 2:26-bk-12374-WB<br><br>Adv. No. 2:26-AP-01154-WB<br><br>Chapter 13 |
| Everly Fitzgerald,<br><br>Plaintiff,<br><br>vs.<br><br>Faissel Vincent Farhi,<br><br>Defendant. | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>**DATE:** September 8, 2026<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** 1375<br>**ADDRESS:** 255 East Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No

3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES", please explain below *(or on attached page)*:

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| June 15, 2027 | August 1, 2027 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Notwithstanding the pendency of the state court action with similar issues, plaintiff anticipates that discovery will take additional time. Defendant did not response to discovery and was facing a filed motion for terminating sanctions when the chapter 13 case was filed. Plaintiff anticipates a similar routine in this action and is factoring in the need for propounding discovery, reviewing responses, demanding responses or amended responses, filing motions to compel, and filing motions for discovery sanctions. | There is a great deal of discovery. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| April 13, 2027 | May 1, 2027 |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Interrogatories, requests for admissions, requests for documents, depositions of defendant and others, document subpoenas to third parties, motions to compel, motions for discovery sanctions | Interrogatories, Requests for Admissions, Request for Production of Documents and Depositions |

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Two to three days | Three days |

2. How many witnesses do you intend to call at trial (including opposing parties)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Four | Five |

3. How many exhibits do you anticipate using at trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| One hundred | Fifty |

**D. PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference ☒ is ☐ is not requested.<br>Reasons: | Pre-trial conference ☒ is ☐ is not requested.<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set after:<br>(date) May 10, 2027 | Pre-trial conference should be set after:<br>(date) May 1, 2027 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

Preliminary discussions during the Rule 26(f) conference of counsel.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Counsel to Defendant |
|---|---|
| ☐ Yes ☒ No | ☒ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent<br>☒ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | ☒ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. <u>ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL</u>:** *(Use additional page if necessary.)*

<u>Plaintiff</u>:

Trial counsel are unavailable on the following dates:

January 11-22, 2027 (trial)
February 23, 2027 (FSC)
February 26, 2027 (FSC)
March 1-26, 2027 (trials)
April 5-May 20, 2027 (trials)
April 19-May 24, 2027
May 23-29, 2027 (vacation)
June 7-11, 2027 (arbitration)
July 9-August 9, 2027 (trials)
September 17, 2027 (trial)
October 29, 2027 (FSC)
November 8, 2027 (trial)

<u>Defendant</u>:

None.

Respectfully submitted,

| | |
|---|---|
| Dated: August 25, 2026<br><br>RAMLO LAW<br>Kurt Ramlo<br><br>*/s/ Kurt Ramlo*<br>Attorney for Plaintiff Everly Fitzgerald | Dated: August 25, 2026<br><br>LAW OFFICE OF DAVID A. SMYTH<br><br>David Smyth<br>DAVID A. SMYTH<br>Attorneys for Defendant Faissel Vincent Farhi |
| | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15021 Ventura Blvd. #544, Sherman Oaks, California 91403.

A true and correct copy of the foregoing document entitled (*specify*): ***JOINT STATUS REPORT LBR 7016-1(a)(2)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***August 25, 2026***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Nancy K Curry (TR)** inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
- **David A Smyth** smythlaw@gmail.com, dsmyth2_@hotmail.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ***August 25, 2026***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***August 25, 2026***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 25, 2026 | Kurt Ramlo | */s/ :Kurt Ramlo* |
| *Date* | *Type Name* | *Signature* |