FILED & ENTERED

SEP 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>FAISSEL VINCENT FARHI,<br><br>Debtor(s), | Case No.: 2:26-bk-12374-WB<br><br>Chapter: 13<br><br>Adversary No.: 2:26-ap-01154-WB<br><br>**ORDER CONTINUING STATUS CONFERENCE AND SCHEDULING ORDER** |
| EVERLY FITZGERALD,<br><br>Plaintiff(s),<br><br>vs.<br><br>FAISSEL VINCENT FARHI,<br><br>Defendant(s). | Date: September 8, 2026<br>Time: 2:00 PM<br>Courtroom: 1375<br><br>Continued hearing:<br>Date: November 10, 2026<br>Time: 2:00 PM<br>Courtroom: 1375 |

The Court, having reviewed the parties' Joint Status Report [Docket No. 9], and good cause appearing,

IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

| | |
|---|---|
| Status Conference: | November 10, 2026 at 2:00 p.m. |
| Discovery Cutoff (all discovery motions must be heard by this date): | May 31, 2027 |
| Pretrial Conference: | June 22, 2027 at 10:00 a.m. |

2. Unless otherwise ordered, all applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules shall apply to this adversary proceeding.
3. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

###

Date: September 3, 2026

Julia W. Brand
United States Bankruptcy Judge