United States Bankruptcy Court

Central District of California

Fitzgerald,
Plaintiff

Adv. Proc. No. 26-01154-WB

Farhi,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Sep 03, 2026 Form ID: pdf031 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Faissel Vincent Farhi, 1944 Argyle Avenue #2, Los Angeles, CA 90068-3393 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Everly Fitzgerald |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A Smyth | on behalf of Defendant Faissel Vincent Farhi smythlaw@gmail.com dsmyth2_@hotmail.com |
| Kurt Ramlo | on behalf of Plaintiff Everly Fitzgerald RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email |
| Nancy K Curry (TR) | inquiries@trusteecurry.com TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

FILED & ENTERED

SEP 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>FAISSEL VINCENT FARHI,<br><br>Debtor(s), | Case No.: 2:26-bk-12374-WB<br><br>Chapter: 13<br><br>Adversary No.: 2:26-ap-01154-WB<br><br>**ORDER CONTINUING STATUS CONFERENCE AND SCHEDULING ORDER** |
| EVERLY FITZGERALD,<br><br>Plaintiff(s),<br><br>vs.<br><br>FAISSEL VINCENT FARHI,<br><br>Defendant(s). | Date: September 8, 2026<br>Time: 2:00 PM<br>Courtroom: 1375<br><br><u>Continued hearing</u>:<br>Date: November 10, 2026<br>Time: 2:00 PM<br>Courtroom: 1375 |

The Court, having reviewed the parties' Joint Status Report [Docket No. 9], and good cause appearing,

IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

| | |
|---|---|
| Status Conference: | November 10, 2026 at 2:00 p.m. |
| Discovery Cutoff (all discovery motions must be heard by this date): | May 31, 2027 |
| Pretrial Conference: | June 22, 2027 at 10:00 a.m. |

2. Unless otherwise ordered, all applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules shall apply to this adversary proceeding.

3. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

###

Date: September 3, 2026

Julia W Brand

Julia W. Brand
United States Bankruptcy Judge